

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00325-CV

## IN THE INTEREST OF C.C.A., A CHILD

**From the County Court at Law
Coryell County, Texas
Trial Court No. CCL-22-53958**

## MEMORANDUM OPINION

Appellant appeals from the trial court's order in a suit affecting the parent-child relationship, signed on September 18, 2023. Because the trial court has granted Appellant's motion for new trial, we dismiss this appeal for want of jurisdiction.

We have jurisdiction to hear an appeal only from a final judgment or from an interlocutory order made immediately appealable by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012; *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998) (per curiam). Granting a new trial has the legal effect of vacating the original judgment and returning the case to the trial docket as though there had been no previous trial or hearing. *Markowitz v. Markowitz*, 118 S.W.3d 82, 88 (Tex. App.—Houston [14th Dist.] 2003, pet. denied). Thus, an order granting a new trial deprives an appellate court of jurisdiction

over an appeal. *In re O.C.*, No. 07-23-00136-CV, 2023 WL 3819195, at *1 (Tex. App.—Amarillo June 5, 2023, no pet.) (mem. op.) (per curiam).

By letter dated November 16, 2023, the Clerk of this Court notified the parties that this appeal was subject to dismissal because it appeared that there was no final judgment. The Clerk of the Court notified the parties that the Court may dismiss this appeal unless, within fourteen days of the date of the letter, a response was filed showing grounds for continuing the appeal.

No response has been received. Accordingly, this appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed December 21, 2023
[CV06]

